UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:09-00210 |
| | ) | Judge Campbell |
| MARTIN EDWARD HALL, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 10, 2011, this Court entered a Preliminary Order of Forfeiture as to Martin Edward Hall, Jr., (D.E. 78) ordering Defendant Hall to forfeit one 2002 Cadillac Escalade bearing vehicle identification number 1GYEK63N42R107510, hereinafter referred to as "Subject Property;" and

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on January 23, 2011 and ending on February 21, 2011; and

WHEREAS, on January 20, 2011, pursuant to 21 U.S.C. § 853(n), Regions Bank was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying Regions that it has thirty (30) days from the date of this direct notice or thirty (30) days

1

from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of its alleged interest in the property. Said notice was received by Derrick White on January 25, 2011; and

WHEREAS, on January 20, 2011, pursuant to 21 U.S.C. § 853(n), Thomas Larry Edmondson, Sr., Bankruptcy Trustee, was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying him that he has thirty (30) days from the date of this direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of his alleged interest in the property. Said notice was delivered on January 24, 2011; and

WHEREAS, on October 27, 2011, pursuant to 21 U.S.C. § 853(n), Regions Bank, through its registered agent Corporation Service Company, was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying Regions that it has thirty (30) days from the date of this direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of its alleged interest in the property. Said notice was delivered on October 28, 2011; and

WHEREAS, no petition was filed by AmSouth Bank, which is now known as Regions Bank, to assert its interest in the Subject Property; and

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(5) and 28 U.S.C. § 2461(c); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(5) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any lien of AmSouth Bank, which is now known as Regions Bank, is hereby extinguished.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this ___ day of _____, 2012.

_____
TODD J. CAMPBELL
United States Chief District Judge